GEORGE I. SKINNER, as Superintendent of Banks of the State of New York, Respondent, *v.* CHARLES M. SCHWAB and Others, Defendants, Impleaded with GEORGE T. ROGERS, Appellant.

First Department, June 13, 1919.

See head note in *Skinner* v. *Schwab* (*ante*, p. 457).

APPEAL by the defendant, George T. Rogers, from a judgment of the Supreme Court in favor of the plaintiff, entered

in the office of the clerk of the county of New York on the 16th day of January, 1918, upon the decision of the court after a trial at the New York Special Term.

*John L. Wells* of counsel [*Collin, Wells & Hughes,* attorneys], for the appellant.

*Samuel S. Koenig* of counsel [*Koenig, Goldsmith & Sittenfield,* attorneys], for the respondent.

Philbin, J.:

This is a separate appeal by the defendant George T. Rogers from a judgment rendered against him and others for amounts equal to the par value of stock held by them in the Carnegie Trust Company. The points raised are disposed of in the opinion in *Skinner* v. *Schwab* (188 App. Div. 457), handed down herewith.

The judgment should be affirmed, with costs.

Clarke, P. J., Dowling, Smith and Page, JJ., concurred.

Judgment affirmed, with costs.